# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:12-cr-00237-APG-CWH |
| Plaintiff, | **ORDER** |
| vs. | |
| DAVID DURAN, et al. | |
| Defendants. | |

IT IS ORDERED that the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A) (Doc. #448) is GRANTED.

DATED: August 11, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**