# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br>vs.<br>DAVID DURAN, et al.<br>　　　　　Defendants. | Case No. 2:12-cr-00237-APG-CWH<br>**AMENDED ORDER** |

IT IS ORDERED that the Government's Motion to Dismiss Criminal Indictment Pursuant to Federal Rule of Criminal Procedure 48(A) (Doc. #448) as to Defendant David Duran is GRANTED.

DATED: August 12, 2015

_____
**C.W. Hoffman, Jr.**
**United States Magistrate Judge**